**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Phelps Mineral Holdings, LLC, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 1:23-cv-219 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 10, 2025, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 8th day of August, 2024.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court