# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Phelps Mineral Holdings, LLC, | ) | **AMENDED ORDER FOR MID-** |
| Plaintiff, | ) | **DISCOVERY STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | |
| | ) | Case No. 1:23-cv-219 |
| Defendants. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 10, 2025, at 9:00 AM by telephone before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter access code 292466149. The conference may be recorded for the convenience of the court.

Dated this 30th day of September, 2024.

                                                */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court