## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Phelps Mineral Holdings, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Continental Resources, Inc., | ) | Case No. 1:23-cv-219 |
| | ) | |
| Defendant. | ) | |

On April 4, 2025, the Parties filed a Joint Motion to Amend Scheduling Order. (Doc. No. 33). On April 14, 2025, the court held a status conference with the Parties. Pursuant to its discussion with the Parties, the court **GRANTS** the Joint Motion to Amend Scheduling Order (Doc. No. 33). The pretrial deadlines shall be amended as follows:

a. All fact discovery shall be completed by September 29, 2025.

b. Depositions shall be completed by September 29, 2025.

c. Discovery motions are due by October 10, 2025.

d. The deadlines for exchanging complete expert witness reports are:

   (i) November 3, 2025, for Plaintiff;

   (ii) December 5, 2025, for Defendant; and

   (iii) January 12, 2026, for rebuttal experts.

e. Depositions of expert witnesses shall be completed February 13, 2026.

e. Non-Dispositive Motions are due by February 20, 2026.

f. Dispositive Motions are due by March 13, 2026.

The final pretrial conference on October 7, 2025, shall be rescheduled for September 17, 2026, at

1

9:00 AM by telephone.  To participate in the conference, the Parties shall  571-353-2301 and enter 292466149 followed by # when prompted for the "Call ID."  The jury trial on October 21, 2025, shall be rescheduled for September 28, 2026, at 9:30 AM in Bismarck (courtroom 2).  A three (3) day trial is anticipated.

    **IT IS SO ORDERED.**

    Dated this 15th day of April, 2025.

                                            */s/ Clare R. Hochhalter*
                                            Clare R. Hochhalter, Magistrate Judge
                                            United States District Court