**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Phelps Mineral Holding, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:23-cv-219 |
| Continental Resources, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

On July 17, 2026, the parties filed a Second Joint Motion to Amend Scheduling Order. (Doc. No. 53). Therein they request a continuance of the trial setting and an extension of the dispositive motion deadline to permit the presentation of the liability questions for resolution by the court.

The court **GRANTS** the parties' motion (Doc. No. 53). The parties shall have until September 4, 2026, to file dispositive motions. The final pretrial conference on September 17, 2026, shall be rescheduled for March 10, 2027, at 9:00 AM by telephone.  To participate in the conference, the parties shall call (571) 353-2301 and enter 292466149 followed by # when prompted for the "Call ID." The jury trial on September 28, 2026, shall be rescheduled for March 22, 2027, at 9:30 AM in Bismarck (courtroom 2). A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2026.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court